Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED IN CLERK'S OFFICE
DATE  12-28-2020

| | |
|---|---|
| ) | Case No. _____ |
| ) | *(to be filled in by the Clerk's Office)* |
| ) | |
| ) | Jury Trial: *(check one)* (Yes)  'No |
| ) | |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Berta Hernandez -v-   See attachment

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

### COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint  A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Berta Hernandez
Street Address: 14 Winter Hill Rd.
City and County: Medford
State and Zip Code: MA 02155
Telephone Number: 617-834-7313
E-mail Address: hernandezberta@hotmail.com

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

Name: Defendant Donald Trump
Job or Title (if known): President
Street Address: The White House
City and County: Washington D.C.
State and Zip Code: USA
Telephone Number E-mail Address (if known): N/A

**Defendant No. 2**

Name: Defendant ACLUM (Navin)
Job or Title (if known): Intake attorney
Street Address: 211 Congress St
City and County: Boston, MA
State and Zip Code: MA 02110
Telephone Number E-mail Address (if known): Tel 617-482-3120

**Defendant No. 3**

Name: Boston Public Health Commission
Job or Title (if known): Government Provission for the Homeless
Street Address: 891 Mass Ave
City and County: Boston
State and Zip Code: MA 02118
Telephone Number E-mail Address (if known):

**Defendant No. 4**

Name: The Police, the FBI, CIA
USA.
Security Forces.

Page 2 of 5

13A

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

B   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 5
- Name: Woods Mullen
- Job or Title *(if known)* Street: Government Provission for the Homeless
- Address: 891 MASS ave
- City and County: Boston
- State and Zip Code: MA · 02118
- Telephone Number E-mail Address *(if known)*:

Defendant No. 6
- Name: Somerset at Suffolk University
- Job or Title *(if known)* Street: Government Provission for the Homeless
- Address: 10 Somerset St
- City and County: Boston
- State and Zip Code: MA 02108
- Telephone Number E-mail Address *(if known)*:

Defendant No. 7
- Name: Place Me Home Program
- Job or Title *(if known)* Street: Government Provission for the Homeless
- Address: 891 MASS Ave
- City and County: Boston, MA 02
- State and Zip Code: MA 02118
- Telephone Number E-mail Address *(if known)*:

Defendant No. 8
- Name: Pine Street Inn
  Government Provission for the Homeless
  144 Harrison Ave
  Boston, MA
  MA 02118
  Tel 617-892-9477

Page 2 of 5

_See attachment_   13B

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 9
- Name: Grand Western Hotel
- Job or Title *(if known)* Street: Government Provission for the Homeless
- Address: 891 Mass Ave
- City and County: Boston
- State and Zip Code: MA. 02118
- Telephone Number E-mail: Tel- 617-892-9256
- Address *(if known)*:

Defendant No. 10
- Name: Dan Clague
- Job or Title *(if known)* Street: Psychiatric MATCH Program
- Address: 144 Harrison Ave
- City and County: Boston
- State and Zip Code: MA. 02118
- Telephone Number E-mail: Tel 617-892-9472
- Address *(if known)*: Dan.clague@pinestreetinn.org

Defendant No. 11
- Name: Ed Barron
- Job or Title *(if known)* Street: Manager
- Address: 891 Mass Ave
- City and County: Boston, MA
- State and Zip Code: MA 02118
- Telephone Number E-mail: 617-418-9622
- Address *(if known)*:

Defendant No. 12
- Name: Kris Stauffer LMHC, LMFT
  Clinician.
  Place me Home Program
  144 Harris Ave
  Boston, MA
  MA. 02118
  Tel- 617-897-8987

"See attachment"

13  AG William Barr
    Attorney General
    President Trump's Allie...
    the White House
    Washington D.C.
    U.S.

13 C

14  Judge Brett Cavanough
    US Judge
    President Trump's Allie...
    White House
    Washington D.C.

15  Ed Cameron
    Executive Director
    Government Provission for the Homeless
    1- Boston Public Health Comission
    2- Woods Mullen
    3- Somerset at Saffolk University
    4- Pine street inn
    5- Place Me Home Program
    6- The Grand Western Hotel Plus.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

|   |   |
|---|---|
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address *(if known)* | _____ |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Defendant Trump, Defendant ACLUM (Chavin) The Security forces Police, FBI, CIA. Ed Cameron, Judge Brett Cavanaugh, AG William Barr

See attachment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Berta Hernandez, is a citizen of the State of *(name)* Massachusetts.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of _____ *(name)*, and has its principal place of business in the State of *(name)* _____

Page Attachment.
14 A

1. Defendant Donald Trump
2. Defendant ACLUM (Chavin)
3. Boston Public Health Commission
4. The Security forces. Police, FBI, CIA.
5. Woods Mullen
6. Somerset at Suffolk University
7. Place Me Home Program
8. Pine Street inn
9. Grand Western Hotel plus.
10. Dan Clague
11. Ed Barron
12. Kris Stauffer
13. AG William Barr
14. Judge Brett Cavanaugh
15. Ed Cameron

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the _____ . defendant is a corporation

      The defendant, *(name)* Defendant Donald Trump, is incorporated under the laws of the State of *(name)* MA. Gov. Provission for the Homeless, and has its principal place of business in the State of *(name)* Washington D.C.

      Or is incorporated under the laws of *(foreign nation)* _____,

      and has its principal place of business in *(name)* _____.

      See attachment.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

   nine thousand nine hundred ninety-nine trillion and nine thousand nine hundred ninety-nine billion and cero cents.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The President is the maximun authority and Representation of the country. The FBI, Police CIA is hand by hand in desicion making. The desicion with the pandemic and covid-19 did not get me. but the split of the mentioned organization of the government got my time and distracted me. but it could not avoid me, and I resisted.

To work for the homeless under different names with same objective

In addition my claim in the Federal Court was not invisible for the security forces Police, FBI, CIA and ACLUM. Defendant Trump and (Defendant) Navin under the Government organizations.

Page 4 of 5

2- Defendant ACLUM (Boston) Jake Attorney
   211 Congress st Boston MA 02110

3- Boston Public Health Commission
   891 Mass Ave. Boston, MA 02118

3  The Police, FBI, CIA
   USA Security forces.
   891 Mass ave Boston MA 02118

4  Woods Mullen
   891 Mass Ave Boston MA 02118

5- Somerset at Suffolk University
   10 Somerset St Boston MA 02108

6- Place me Home
   891 Mass Ave Boston MA 02118

7- Pine Street Inn
   144 Harrison Ave, Boston, MA 02118

8- Grand Western Hotel
   891 Mass Ave Boston MA 02118

9- Dan Clague
   144 Harrison Ave, Boston, MA 02118

10 Ed Barron
   891 Mass ave, Boston, MA. 02118

11- Kris Stauffer
    144 Harrison Ave, Boston, MA 02118

12- A.G. William Barr White House Washington DC USA.

13- Judge Brett Cavanaugh
    The White House, Washington DC.

14 Ed Cameron
   891 Mass Ave Boston, MA. 02118

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am granted to my entered settlement in Civil Action 1:19-cv-10233 WGY - including my monetary relief of $nine thousand nine hundred ninety-nine trillion and nine thousand nine hundred ninety-nine billion and zero cents.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 24, 2020

Signature of Plaintiff: Berta Hernandez

Printed Name of Plaintiff: Berta Hernandez

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

| | |
|---|---|
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case