UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
BERTA LIDIA HERNANDEZ DIAZ,     )
            Plaintiff,          )
                                )     CIVIL ACTION
       v.                       )     NO. 20-12291-WGY
                                )
DONALD TRUMP, PRESIDENT, et al.,)
            Defendants.         )
                                )
_____)
```

YOUNG, D.J.                                    May 6, 2021

**ORDER**

Berta Lidia Hernandez Diaz initiated this action by filing a pro se complaint that names over a dozen defendants including President Trump, Attorney General Barr, Justice Kavanaugh, several homeless shelters (the Wood-Mullen Shelter, the Pine Street Inn, the Somerset at Suffolk University, the Place Me Home Program, the Grand Western Hotel), and several staffers and clinicians at homeless services programs in Boston. Docket No. 1, at ¶ I.  Plaintiff references her earlier case and explains that she seeks the entire "settlement in civil action 1:19-cv-10233-WGY."  Id. at ¶ IV.

By Memorandum and Order dated March 22, 2021, Hernandez was granted leave to proceed in forma pauperis.  Docket No. 7. Hernandez was advised that her complaint fails to state a claim upon which relief may be granted and was directed to show cause why her complaint should not be dismissed, or in the

alternative, file an amended complaint that cures the pleading deficiencies of the original complaint.  Id.  The Memorandum and Order stated that failure to comply within twenty-one days will result in the dismissal of this action.  Id.

Five weeks later, on April 26, 2021, Hernandez filed a letter in response to the Court's Order.  Docket No. 8.  On April 28, 2021, she filed a second letter.  Docket No. 9.

Hernandez' untimely letters do not address the legal impediments discussed in the Court's March 22, 2021 Memorandum and Order.  Through these letters, Hernandez fails to demonstrate good cause why this action should not be dismissed.

Based on the foregoing, and in accordance with the Court's Memorandum and Order dated March 22, 2021, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk shall enter a separate Order of Dismissal.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE